

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　*Plaintiff*,<br><br>v.<br><br>NATHANIEL DEWAYNE MEASHINTUBBY,<br><br>　　　　　　　　*Defendant.* | Case No. CR 24-071 RAW |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### ASSAULT RESULTING IN SERIOUS BODILY INJURY IN INDIAN COUNTRY
[18 U.S.C. §§ 113(a)(6), 1151, & 1153]

On or about March 10, 2024, within the Eastern District of Oklahoma, in Indian country, the defendant, **NATHANIEL DEWAYNE MEASHINTUBBY**, an Indian, did assault Victim, resulting in serious bodily injury, in violation of Title 18, United States Code, Sections 113(a)(6), 1151, and 1153.

## COUNT TWO

### ASSAULT OF A SPOUSE, INTIMATE PARTNER, AND DATING PARTNER BY STRANGLING, SUFFOCATING, OR ATTEMPTING TO STRANGLE OR SUFFOCATE
[18 U.S.C. §§ 113(a)(8), 1151, & 1153]

On or about March 10, 2024, within the Eastern District of Oklahoma, in Indian country, the defendant, **NATHANIEL DEWAYNE MEASHINTUBBY**, an Indian, did assault the person of Victim, a person who was a spouse, intimate partner, and dating partner, by strangling and

1

suffocating, and attempting to strangle and suffocate Victim, in violation of Title 18, United States Code, Sections 113(a)(8), 1151, and 1153.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

Michael E. Robinson, MA BAR #693574
Assistant United States Attorney